IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN W. MANNING
Reg #47026-079                                                                                    PLAINTIFF

V.                           CASE NO. 2:18-CV-93-JM-BD

B. HOY, *et al*.                                                                                  DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Manning's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 14th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE